**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 SEP -8 PM 3: 15

CLERK'S OFFICE
AT BALTIMORE

BY _____ TD _____ DEPUTY

KSC/09.07.21
CAH/KYO: USAO 2020R00886

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | UNDER SEAL |
| | * | |
| v. | * | CRIMINAL NO. GLR 21 cr 351 |
| | * | |
| JOSEPH WILLIAMS, | * | (Hobbs Act Robbery Conspiracy, 18 |
| a/k/a "Blue," | * | U.S.C. § 1951(a); Hobbs Act Robbery, |
| | * | 18 U.S.C. § 1951(a); Using, Carrying, |
| GEORGE FIELDS, | * | Brandishing, and Discharging a |
| a/k/a "Chin," and | * | Firearm During and in Relation to a |
| | * | Crime of Violence, Resulting in Death, |
| DERON JOHNSON, | * | 18 U.S.C. § 924(c), (j); Aiding & |
| | * | Abetting, 18 U.S.C. § 2) |
| Defendants. | * | |

*******

**INDICTMENT**

**COUNT ONE**
(Hobbs Act Robbery Conspiracy)

The Grand Jury for the District of Maryland charges that:

On or about September 29, 2020, in the District of Maryland, the defendants,

**JOSEPH WILLIAMS, a/k/a "Blue,"
GEORGE FIELDS, a/k/a "Chin," and
DERON JOHNSON,**

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to obstruct, delay, and affect commerce and the movement of an article and commodity in commerce by robbery, as those terms are defined in 18 U.S.C. § 1951, by the unlawful taking of property, including narcotics and the proceeds of narcotics trafficking, from the person and presence of Jordan Daniel.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

## COUNT TWO
### (Hobbs Act Robbery)

The Grand Jury for the District of Maryland charges that:

On or about September 29, 2020, in the District of Maryland, the defendants,

**JOSEPH WILLIAMS, a/k/a "Blue,"
GEORGE FIELDS, a/k/a "Chin," and
DERON JOHNSON,**

did knowingly and intentionally obstruct, delay, and affect commerce, and attempt to obstruct, delay, and affect commerce, and the movement of articles and commodities in such commerce by robbery, as those terms are defined in 18 U.S.C. § 1951, in that the defendants did unlawfully and knowingly take and obtain property, including narcotics and the proceeds of narcotics trafficking, from the person and presence of Jordan Daniel, against Daniel's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to Daniel's person, by means of a firearm and deadly weapon.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

## COUNT THREE
(Using, Carrying, Brandishing, Discharging a Firearm During and in Relation to a Crime of Violence, Resulting in Death)

The Grand Jury for the District of Maryland charges that:

On or about September 29, 2020, in the District of Maryland, the defendants,

**JOSEPH WILLIAMS, a/k/a "Blue," and
GEORGE FIELDS, a/k/a "Chin,"**

did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, interference with commerce by robbery, in violation of 18 U.S.C. § 1951(a), as charged in Count Two of this Indictment, which is incorporated by reference; and in the course of a violation of 18 U.S.C. § 924(c), did cause the death of a person, Jordan Daniel, through the use of a firearm, which killing constituted murder in the first degree, as defined in 18 U.S.C. § 1111.

18 U.S.C. § 924(c)
18 U.S.C. § 924(j)
18 U.S.C. § 1111
18 U.S.C. § 2

*Jonathan Lenzner* /CAH
Jonathan F. Lenzner
Acting United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

9/8/21
Date

3